# United States District Court

Eastern District of California

UNITED STATES OF AMERICA        CRIMINAL COMPLAINT

V.

AAMON JACOB MCNEELY           CASE NUMBER:


I, Susan St. Vincent, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Ammon J MCNEELY did:

    **Count 1:** Deliver a person by parachute in violation of 36 Code of Federal Regulations 2.17(a)(3)
    **Maximum Penalty:** 6 months imprisonment and/or $ 5,000 fine.

    **Count 2:** Fail to Obey a Lawful Order in violation of 36 Code of Federal Regulations 2.32(a)(2)
    **Maximum Penalty:** 6 months imprisonment and/or $ 5,000 fine.

    **Count 3:** Exercise unlawful possession over the property of another with the purpose to deprive the owner of the property in violation of 36 Code of Federal Regulations 2.30(a)(1)


I further state that I am the acting legal officer and this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers:

On or about October 3, 2011 at approximately 0630 hours in Yosemite National Park, in the special maritime and territorial jurisdiction of the United States, Park Ranger M. Hastings was patrolling in the area of Woski Pond when he saw and heard a person parachute overhead. The parachute was red, green, and black in color, and Ranger Hastings recognized it as the same type of parachute pictured in a news article that featured BASE jumper Ammon McNeely. Ranger Hastings tracked the parachute towards the meadow by Woski Pond. Ranger Hastings watched the

Continued on the attached sheet and made a part hereof:   X Yes ☐ No
Speedy trial applies:                                      ☐ Yes X No

parachute as it headed towards the North Bank of the Merced River and lost sight of it only as it fell below the tree line. Ranger Hastings proceeded from Northside through the meadow and along the North Bank of the Merced River to the location he projected the parachute landed. Near that location Ranger Hastings observed an object moving through the grass moving towards him. As Ranger Hastings closed distance it became apparent that the object was an individual, later identified as MCNEELY. When MCNEELY saw Ranger Hastings, he turned and began to run. MCNEELY had an open top sack on his back which appeared full. Ranger Hastings gave chase and yelled an order for MCNEELY to stop, stating "Stop, Police!" MCNEELY continued to run.

As Ranger Hastings closed distance MCNEELY stumbled up a small incline, fell, and stated "I give up." Ranger Hastings approached MCNEELY requested he drop his backpack and placed him in handcuffs. MCNEELY asked Ranger Hastings why rangers hate base jumpers. Additionally, before being placed in the patrol car, MCNEELY further stated he loved flying.

MCNEELY was transported to the Yosemite Holding Facility, was advised of his Miranda rights, and was interviewed. MCNEELY stated in the interview that he jumped alone and his plan was to walk out to his truck. While inventorying MCNEELY'S backpack Ranger Hastings found a red, green, and black parachute and BASE rig with a wing suit attached. MCNEELY also had a set of climbing ascenders, which he stated he used to ascend the east ledges fixed line. One climbing ascender had "NPS," "YOSAR," and "NPS YOSEMITE" clearly engraved on it. MCNEELY was interviewed again about the ascender. MCNEELY stated it was given to him by a SAR team member named Craig, "a long time ago." MCNEELY is not authorized to possess any National Park Service climbing equipment and the ascender is clearly marked as such.

The United States hereby provides notice that it will be seeking the forfeiture of property associated with the violations listed above pursuant to Federal Rules of Criminal Procedure 32.2.

Continued on the attached sheet and made a part hereof:    X Yes ☐ No
Speedy trial applies:                                       ☐ Yes X No

I declare under penalty of perjury that the information which is set forth above and on the face of this criminal complaint is true to the best of my knowledge.

_10/3/11_
Date

Susan St. Vincent
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence, this <u>3rd</u> day of October, 2011, at Yosemite National Park, California.

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California