AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| AMMON MCNEELY | ) | Case No. 6:11-mj-141-MJS |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

**FILED**
FEB 1 0 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Ammon McNeely,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

Failure to surrender for 20 days custody as orderd by the Court at Sentencing on 10/04/2011

Date: 01/04/2012

*Issuing officer's signature*

City and state: Yosemite National Park, CA

Michael J. Seng, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/5/12, and the person was arrested on *(date)* 2/8/12
at *(city and state)* EUGENE, OR

Date: 2/10/12

DUSM OREGON
*Arresting officer's signature*

*Printed name and title*