```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  FRANCINE ZEPEDA, #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  AMMON McNEELY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:11-mj-00141 MJS |
| Plaintiff, | **MOTION FOR DEFENDANT'S IMMEDIATE RELEASE FROM CUSTODY** |
| v. | |
| AMMON McNEELY, | Magistrate Judge: Hon. Michael J. Seng |
| Defendants. | |

**TO:     BENJAMIN B. WAGNER, UNITED STATES ATTORNEY, AND SUSAN ST. VINCENT, ACTING LEGAL OFFICER, COUNSEL FOR PLAINTIFF:**

Defendant, Ammon McNeely, by and through his attorney, Assistant Federal Defender Francine Zepeda, hereby moves this Court to order the Defendant's immediate release from the custody of the United States Marshal.

**Factual Background**

Defendant was charged by complaint on October 3, 2011, in Yosemite National Park, Eastern District of California, of violation of 36 CFR 2.17(a)(3); deliver a person by parachute. On October 4, 2011 he entered a guilty plea to the charge and was sentenced by this Court to imprisonment for a term of 20 days.  The Court ordered him to self-surrender by 2:00 p.m., on December 1, 2011 to the United States Marshal.  When the defendant failed to comply with that order, this Court issued a bench warrant

for his failure to surrender. Defendant was arrested on the bench warrant on February 8, 2012. As of today, he has been in the custody of the United States Marshal for 29 days. Mr. McNeely has currently been imprisoned for 9 days in excess of his sentence. Defendant requests this Court to order his immediate release as there is no valid, legal grounds for his continued detention.

DATED: March 8, 2012              Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Defender

                                             /s/ Francine Zepeda
                                             FRANCINE ZEPEDA
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             Ammon McNeely