```
DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
AMMON McNEELY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:11-mj-00141 MJS |
| Plaintiff, | **[PROPOSED] ORDER ON DEFENDANT'S MOTION FOR IMMEDIATE RELEASE FROM CUSTODY** |
| v. | |
| AMMON McNEELY, | Magistrate Judge: Hon. Michael J. Seng |
| Defendants. | |

The Court having considered defendant's Motion for Immediate Release makes its finding as follows:

IT IS HEREBY ORDERED that defendant's Motion for Immediate Release from Custody is hereby granted.

DATED:_____

_____
The Hon. Michael J. Seng
United States District Court Magistrate Judge