Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:11-mj-00141-MJS |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S OPPOSITION |
| | ) | TO DEFENDANT'S MOTION |
| v. | ) | FOR DEFENDANT'S IMMEDIATE |
| | ) | RELEASE FROM CUSTODY |
| AMMON McNEELY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America, by and through its representative, Susan St. Vincent Acting Legal Officer for the National Park Service in the Eastern District of California, respectfully submits this Opposition to Defendant's Motion for Defendant's Immediate Release From Custody.

**Factual Background**

Defendant was arrested on October 19, 2010 in Yosemite National Park and charged by criminal complaint with five violations (6:11-mj-00150-MJS.)  On December 12, 2010, Defendant plead guilty to violating 36 CFR 2.17(a)(3), base jumping and 36 CFR 2.32(a)(1), interference.  Defendant was sentenced to twenty-four months unsupervised probation, with the condition he obey all laws.  Additionally, he was ordered to pay a fine in the amount of $3990.

On October 3, 2011, Defendant was arrested in Yosemite National Park and charged by criminal complaint with three violations (6:11-mj-00141-MJS).  On October 4, 2011, defendant plead guilty to violating 36 CFR 2.17(a)(3), base jumping, and was sentenced to twenty days in custody and ordered to surrender for service of that sentence on December 1, 2011 to the U.S. Marshal's Service.  Defendant was also ordered to pay a fine of $4990.  At the same hearing, Defendant admitted to a probation violation in 6:10-mj-00150 and was re-sentenced in that

1

matter to 24 months unsupervised probation commencing October 4, 2011.  The fine ordered remained in effect.

On December 1, 2011, Defendant failed to surrender for service of his sentence as ordered.  On January 4, 2012, this Court issued a bench warrant for Defendant.  Defendant was arrested on that warrant  February 8, 2012 in Oregon.  On February 10, 2012 United States Magistrate Judge Mark Clarke, District of Oregon, signed a commitment order for Mr. McNeely and ordered the U.S. Marshals Service to transport him to the Eastern District of California for appearance in this district.  The government believes Defendant is in the custody of the U.S. Marshals Service and is being transported to Fresno, CA to be brought before this Court for a review hearing for failure to surrender scheduled to be held on March 13, 2012.

Additionally, Failure to surrender for service of a sentence is a violation of 18 U.S.C. 3146(a)(2).  As a condition of Defendant's probation is he obey all laws, this violation of 18 U.S.C. 3146(a)(2) is a violation of the terms of probation.  The Government respectfully requests this Court deny Defendant's Motion for Immediate Release, order the defendant remain in custody and be brought before this Court for a Review Hearing for Failure to Surrender, and order a Probation Revocation/Modification Hearing be held on case number 6:10-mj-00150-MJS on the day and time of the already scheduled review hearing case number 6:11-mj-141-MJS..

Respectfully submitted,

Dated: March 9, 2012.                     NATIONAL PARK SERVICE


 /S/ Susan St. Vincent_____
Susan St. Vincent
Acting Legal Officer

**ORDER**

The Court, having reviewed the above Opposition to Defendant's Motion for

Defendant's Immediate Release HEREBY ORDERS AS FOLLOWS:

1.      Defendant's motion is denied.

2.      A review hearing for failure to surrender in 6:11-mj-00141-MJS will be held March 13, 1012 at 10:00 a.m.

3.      A Probation Revocation/Modification Hearing will be held March 13, 2012 at 10:00 a.m.

Dated: _____, 2012

_____
The Honorable Michael J. Seng
U.S. Magistrate Judge
Eastern District of California