1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   FRANCINE ZEPEDA, #091175
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   AMMON McNEELY

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 6:11-mj-00141 MJS
                                        )
12              Plaintiff,              )   **RESPONSE TO GOVERNMENT'S**
                                        )   **OPPOSITION TO DEFENDANT'S**
13        v.                            )   **MOTION FOR IMMEDIATE RELEASE**
                                        )   **FROM CUSTODY**
14  AMMON McNEELY,                      )
                                        )
15              Defendants.             )   Magistrate Judge:  Hon. Michael J. Seng
                                        )
16  _____)

17

18        The government has filed an Opposition to Defendant's Motion for Immediate Release from

19  Custody filed March 8, 2012.  The fact is that defendant Ammon McNeely is being held on a warrant

20  issued by Magistrate Judge Seng on January 4, 2012. (Exhibit A)  The arrest warrant was issued in this

21  case number and states the reason for issuance of the warrant as " Failure to surrender for 20 days

22  custody as ordered by the Court at Sentencing on 10/04/11".

23        Nothing in the warrant allows for Mr. McNeely to be held for any other purpose.  Moreover,

24  in fact, in the instant case, Mr. McNeely was not sentenced to probation.  The sentence was imposed

25  and the case closed on October 4, 2011. (Exhibit B)  The Court is without jurisdiction to impose any

26  ///

27  ///

28  ///

1  further punishment in this matter.  His detention, eleven days past the term of imprisonment imposed by

2  the Court, is illegal.

3          DATED:  March 9, 2012

4                                                          Respectfully submitted,

5                                                          DANIEL J. BRODERICK
                                                           Federal Defender
6

7                                                          /s/ Francine Zepeda
                                                           FRANCINE ZEPEDA
8                                                          Assistant Federal Defender
                                                           Attorney for Defendant
9                                                          Ammon McNeely

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28