## **EXHIBIT A**

[To Response to Government's Opposition to Defendant's
Motion for Immediate Release From Custody]

## **Arrest Warrant**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

United States of America ·
v.
AMMON MCNEELY

)
)
)
)
)
)

Case No.   6:11-mj-141-MJS

**FILED**

FEB 1 0 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
                    DEPUTY CLERK

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Ammon McNeely                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment     ☐ Information      ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☑ Order of the Court

This offense is briefly described as follows:

   Failure to surrender for 20 days custody as orderd by the Court at Sentencing on 10/04/2011

Date:     01/04/2012

_____
*Issuing officer's signature*

City and state:    Yosemite National Park, CA

Michael J. Seng, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1 5 12 , and the person was arrested on *(date)* 2 8 12 |
| at *(city and state)* EUGENE, OR |
| Date: 2/10/12 |

DUSM OREGON
*Arresting officer's signature*

_____
*Printed name and title*