1

2

3

4          IN THE UNITED STATES DISTRICT COURT FOR THE

5                  EASTERN DISTRICT OF CALIFORNIA

6

7  UNITED STATES OF AMERICA,        )
                                    )
8          Plaintiff,               )        No. 6:11-MJ-00141 MJS
                                    )
9      vs.                          )        ORDER OF RELEASE
                                    )
10 AMMON McNEELY,                    )
                                    )
11              Defendant.          )
   _____)

12
       The above named defendant having been sentenced to Time
13
   Served on March 12, 2012,
14
       IT IS HEREBY ORDERED that the defendant shall be released
15
   forthwith.
16

17
   DATED: 3/12/2012
18

19                              /s/ MICHAEL J. SENG
                                HONORABLE MICHAEL J. SENG
20                              U.S. MAGISTRATE JUDGE

21

22

23

24

25

26 12/6/06 ordrelease.form

                                1